1

2

3

4

5

6

7

8                                        UNITED STATES DISTRICT COURT

9                                        EASTERN DISTRICT OF CALIFORNIA

10

11   ROBERT CEDILLO,                              1:09-cv-01261-SMS (HC)

12                 Petitioner,
                                                  ORDER AUTHORIZING
13        vs.                                     IN FORMA PAUPERIS STATUS

14   JAMES A. YATES,

15                 Respondent.
     _____/

16

17          Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

18   pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to

19   proceed *in forma pauperis*.  The petition will be screened in due course.

20   IT IS SO ORDERED.

21   **Dated:    August 24, 2009**                    /s/ Sandra M. Snyder
                                                  UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27

28